

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.                                                       CRIMINAL NO. 3:04cr152TSLJCS

CHRISTIAN LEVON ROBINSON

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses

Count 2 of the Indictment against the defendant, CHRISTIAN LEVON ROBINSON.

> DUNN LAMPTON
> United States Attorney
>
> By: _____
> G. WOOD BOND
> Assistant U.S. Attorney
> MS Bar No. 3623

Leave of Court is granted for the filing of the foregoing

dismissal.

ORDERED this 13 day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE